| | |
|---|---|
| 1 | **GESVI LAW FIRM** |
| | SID M. SHARIF, SB# 94020 |
| 2 | E-Mail: gesvilaw@aol.com |
| | 1019 North Avalon Boulevard, Suite 103 |
| 3 | Wilmington, CA  90744 |
| | Telephone: (310) 834-3131 |
| 4 | Facsimile: (310) 834-8363 |

Attorneys for Plaintiff
JACK HINSHAW

**DAVIS WRIGHT TREMAINE, LLP**
JAMES WALSH, SB# 184620
   E-Mail: Budwalsh@dwt.com
One Embarcadero Center, Suite 600
San Francisco, California  94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Defendants
M/V AURORA and AL BOURAQ AVIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JACK HINSHAW,<br><br>           Plaintiff,<br><br>   v.<br><br>M/V AURORA and AL BOURAQ AVIATION, INC., a Delaware Corporation;,<br><br>           Defendants. | CASE NO. C-05-3927 CW<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>DATE:    April 28, 2006<br>TIME:    10:00 a.m.<br>CTRM:   2 |

Plaintiff Jack Hinshaw and Defendants M/V AURORA and AL BOURAQ AVIATION, INC., by and through their undersigned Counsel, hereby stipulate that the hearing on Plaintiff's

4833-9064-3200.1                          -1-
STIPULATION AND ORDER

1  Motion for Leave to File First Amended Complaint be continued to April 28 2006 and that
2  Plaintiff file his Reply Brief on or before April 14, 2006.

3

4  DATED: March 24, 2006                    GESVI LAW FIRM

5
                                            By _____\s_____
6                                               Sid Sharif
                                                Attorneys for Plaintiff
7                                               JACK HINSHAW

8

9  DATED: March 24, 2006                    DAVIS WRIGHT TREMAINE, LLP

10
                                            By _____\s_____
11                                              James Walsh
                                                Attorneys for Defendants
12                                              M/V AURORA and AL BOURAQ AVIATION, INC.

13
   **IT IS SO ORDERED.**
14
   **Dated:** ___3/27/06_____           _____
15                                              CLAUDIA WILKIN
                                                United States District Judge
16