James P. Walsh, CSB No. 184620
Peerapong Tantamjarik, CSB No. 230726
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile:  (415) 276-6599
budwalsh@dwt.com

Jack B. Albanese (Georgia Bar No. 007137) (*Pro Hac Vice*)
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street NE, 14th Floor
P. O. Box 77707
Atlanta, GA  30309-0707
Telephone:   (404) 817-6000
Facsimile:    (404) 817-6050
jack.albanese@nelsonmullins.com

Attorneys for Defendants
M/V AURORA and AL BOURAQ AVIATION, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK HINSHAW,<br><br>          Plaintiff,<br><br>     v.<br><br>M/V AURORA and AL BOURAQ AVIATION, INC., a Delaware Corporation,<br><br>          Defendants. | No. C-05-3927-CW<br><br>**REVISED STIPULATED REQUEST FOR ORDER TO CONTINUE COMPLETION OF FACT DISCOVERY, DISCLOSURE OF IDENTITIES AND REPORTS OF EXPERT WITNESSES, COMPLETION OF EXPERT TESTIMONY, FILING DEADLINE FOR DEFENDANTS' DISPOSITIVE MOTION, AND TRIAL DATE, AND<br>ORDER AS MODIFIED** |

Pursuant to Local Rules 6-2 and 7-12, counsel for the parties in this matter declare:

1. Per this Court's Minute Order and Case Management Order of February 1, 2006 (the "Case Management Order"), the Completion of Fact Discovery has a deadline of June 1, 2006, the Disclosure of Identities and Reports of Expert Witnesses has a deadline of May 1, 2006, and the Completion of Expert Testimony has a deadline of June 1, 2006.

1

2. Also under the Case Management Order, Defendants' dispositive motion is to be filed by June 16, 2006, with opposition due June 30, 2006, and reply due July 7, 2006.  As well, under the Case Management Order, the Final Pretrial Conference is scheduled for November 3, 2006 at 1:30 pm and the 2-day Court Trial is set to begin on November 20, 2006 at 8:30 am.

3. On May 12, 2006, the Court granted Plaintiff's Amended Motion for Leave to File First Amended Complaint.  As such, the version of the Complaint that is to be the basis of Plaintiff's case was not resolved until just last week and will require further discovery beyond the due dates in the Case Management Order.  In addition, Defendants will file a revised answer and counterclaim to the Amended Complaint which will also require further discovery beyond the due dates in the Case Management Order.  Likewise, the dispositive motions will require extended due dates since they will be based on facts learned thru discovery.  To accommodate any continuances of the dispositive motions in order to provide the Court sufficient time to consider them (and possibly hold a hearing on the matter), the Final Pretrial Conference date and the Trial date would also need to be continued.

4. A mediation session between the parties was held on March 27, 2006, but the parties were unable to reach a settlement on the case, such that further discovery is necessary.

5. The parties, through their respective counsel of record, met and conferred on May 5, 2006, regarding outstanding discovery matters and agreed that the discovery due dates noted above shall be extended until August 1, 2006, so that the parties shall have more time in which to conduct discovery.  The parties also met and conferred on May 12, 2006 to agree that Defendants' deadline for filing their dispositive motion shall be extended until August 16, 2006, with opposition due August 30, 2006, and reply due September 7, 2006, in light of the revised discovery dates.  Finally, the parties met and conferred on May 17, 2006 to agree that the Final Pretrial Conference be rescheduled for February 2, 2007, and that the Court Trial date be rescheduled to begin on February 12, 2007, such dates having been confirmed as currently available with the Court.

6. The parties do not believe that a continuance of the Completion of Fact Discovery, the Disclosure of Identities and Reports of Expert Witnesses, and the Completion of Expert

Testimony until August 1, 2006 will have any prejudicial effect on the case scheduling. Similarly, if the Final Pretrial Conference is continued until February 2, 2007 and the Court Trial date is continued to February 12, 2007, as the parties have agreed, the revised date for Defendants' dispositive motion to August 16, 2006, with opposition due August 30, 2006, and reply due September 7, 2006, still leaves sufficient time before trial for the Court to consider the filings and would not to have any prejudicial effect on the case scheduling.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED between and among the parties hereto, by and through their respective undersigned counsel, that the deadline dates for the Completion of Fact Discovery, the Disclosure of Identities and Reports of Expert Witnesses, and the Completion of Expert Testimony shall be continued to August 1, 2006; that the filing deadline for Defendants' dispositive motion shall be continued to August 16, 2006, with opposition due August 30, 2006, and reply due September 7, 2006; and that the Final Pretrial Conference be continued to 1:30 pm on February 2, 2007 and the 2-day Court Trial be continued to begin at 8:30 am on February 12, 2007.

DATED: May 18, 2006

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:___/S/ James P. Walsh_____
James P. Walsh
Attorneys for Defendants
M/V AURORA and
AL BOURAQ AVIATION, INC

GESVI LAW FIRM

By:___/S/ Sid M. Sharif_____
Sid M. Sharif
Attorneys for Plaintiff
JACK HINSHAW

3

SFO 292341v1 69775-1
STPD REQ TO CONTINUE DISCOVERY DATES
CV No. 05-3927-CW

**ORDER**

On May 18, 2006, the parties filed a revised stipulated request that the due dates for the Completion of Fact Discovery, the Disclosure of Identities and Reports of Expert Witnesses, and the Completion of Expert Discovery be continued until August 1, 2006, that the filing deadline on Defendants' dispositive motion be continued from to August 16, 2006, and that the Final Pretrial Conference be continued to 1:30 pm on February 2, 2007 and the 2-day Court Trial be continued to begin at 8:30 am on February 12, 2007.

GOOD CAUSE APPEARING THEREFOR:

The parties' request to move the due dates on the parties' Completion of Fact Discovery, the Disclosure of Identities and Reports of Expert Witnesses, and the Completion of Expert Discovery, to August 1, 2006, the parties' request to move the filing deadline on Defendants' dispositive motion to August 16, 2006, and the parties' request to move the Final Pretrial Conference to 1:30 pm on February 2, 2007 and the 2-day Court Trial to begin at 8:30 am on February 12, 2007, is GRANTED.

The remaining briefing schedule on Defendants' dispositive motion shall be: opposition to be filed on or before August 30, 2006, and reply papers to be filed on or before September 7, 2006.

PURSUANT TO STIPULATION, IT IS SO ORDERED.  **A HEARING ON THE DISPOSITIVE MOTIONS WILL BE HELD ON 9/29/06 AT 10:00 A.M.  THE FURTHER CASE MANAGEMENT CONFERENCE WILL ALSO BE HELD AT THAT TIME.**

DATED this 24th day of May, 2006.

By: /s/ CLAUDIA WILKEN
Hon. Claudia Wilken
United States District Court Judge

4

SFO 292341v1 69775-1
STPD REQ TO CONTINUE DISCOVERY DATES
CV No. 05-3927-CW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SFO 292341v1 69775-1
STPD REQ TO CONTINUE DISCOVERY DATES
CV No. 05-3927-CW