IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACK HINSHAW,   No. 05-03927 CW

    Plaintiff,   ORDER

  v.

THE VESSEL M/V AURORA, et al.,

    Defendants.
                                       /

    On May 19, 2006, Timothy R. Lord, of the law firm Lewis Brisbois Bisgaard & Smith LLP, filed an Amended Notice of Dis-Association of Counsel.  Pursuant to Civil Local Rule 11-5, "Counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." Accordingly,

    IT IS HEREBY ORDERED that Timothy R. Lord shall file a motion to withdraw within ten days of the date of this order.  Opposition to the motion will be due 14 days after the filing of the motion, and any reply will be due 7 days thereafter.  The motion will be deemed submitted on the papers and no hearing will be held unless so ordered by the Court.

      5/30/06

Dated _____   
                                          CLAUDIA WILKEN
                                          United States District Judge

United States District Court
For the Northern District of California