James P. Walsh, CSB No. 184620
Michelle D. Fife, CSB No. 240554
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:  (415) 276-6500
Facsimile:   (415) 276-6599
budwalsh@dwt.com

Jack B. Albanese (Georgia Bar No. 007137) (*Pro Hac Vice*)
Smith, Gambrell & Russell LLP
Promenade II, Suite 3100
11230 Peachtree Street NE
Atlanta, GA  30309
Telephone:   (404) 815-3500
Facsimile:   (404) 815-3059
jalbanese@sgrlaw.com

Attorneys for Defendants
M/V AURORA and AL BOURAQ AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JACK HINSHAW, <br><br> Plaintiff, <br><br> v. <br><br> M/V AURORA and AL BOURAQ AVIATION, INC., a Delaware Corporation, <br><br> Defendants. | No. C-05-3927-CW <br><br> **ORDER GRANTING CONTINUANCE BY STIPULATION** |

On January 5, 2007, the Plaintiff Jack Hinshaw and Defendants M/V AURORA and AL BOURAQ AVIATION, INC. (collectively, the "parties") stipulated to continue the dates in the above-captioned matter approximately three (3) months and proposed the following new dates:

- Discovery cut-off:  March 1, 2007
- Deadline for filing dispositive motions:  April 20, 2007
- Hearing on dispositive motions:  May 25, 2007
- Pre-trial conference:  September 14, 2007

1

1  • Trial: September 24 and 25, 2007

2  Having reviewed the documents, available dates and facts pertaining to the requested
3  Order for Continuance by Stipulation, in the absence of any arguments against approving the
4  request, it is hereby GRANTED.

5  IT IS SO ORDERED.

7  DATED: __1/8/07_____   _____
8                                Hon. Claudia Wilken
9                                District Judge, U.S. District Court, Northern District of California

DAVIS WRIGHT TREMAINE LLP

2

[PROPOSED] ORDER GRANTING
CONTINUANCE BY STIPULATION
Case No. C-05-3927-CW

SFO 354752v1 0069775-000001