**RECEIVED**

Kim O. Dincel  State Bar #131563
Long & Levit LLP
465 California St.
5th Floor
San Francisco, CA  94104
(415) 397-2222

JUL 24 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**

JUL 25 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
### Northern DISTRICT OF CALIFORNIA

JACK HINSHAW

CASE NUMBER:

C-05-3927 CW

v.                              Plaintiff(s)

M/V AURORA and AL BOURAQ AVIATION, INC., a Delaware Corporation

And Related Cross-Actions       Defendant(s)

**SUBSTITUTION OF ATTORNEY**

Jack Hinshaw
   Name of Party                 [X] Plaintiff  [ ] Defendant  [X] Other Counter-Defendant

hereby substitutes Kim O. Dincel, c/o Long & Levit LLP                                who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per  465 California St., 5th Floor,
                                                               Street Address
San Francisco, CA  94104      (415) 397-2222  (415) 397-6392  131563
City, State, Zip Code          Telephone Number  Facsimile Number  State Bar Number

as attorney of record in the place and stead of Jack Hinshaw, In Pro Per
                                                Present Attorney

Dated: July 20, 2007
                                                Signature of Party
                                                Jack Hinshaw

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: July 20, 2007
                                                Signature of Present Attorney
                                                Jack Hinshaw, In Pro Per

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: July 23, 2007
                                                Signature of New Attorney
                                                Kim O. Dincel

Substitution of Attorney is hereby [✓] Approved.  [ ] Denied.
Dated: JUL 25 2007
                                                United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:** If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.

G-01 (05/02)                    **SUBSTITUTION OF ATTORNEY**

                                                                                    001

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Long & Levit LLP, 465 California Street, Fifth Floor, San Francisco, California 94104.

On July 23, 2007, I served the document(s) named below on the following attorney(s) of record and/or interested parties in the case of *Hinshaw v. The Vessel M/V Aurora, et al.*, United States District Court, Northern District of California, Case No. C-05-3927 CW.

### SUBSTITUTION OF ATTORNEY

SERVED ON:

| Jack B. Albanese, Esq.<br>**SMITH, GAMBRELL & RUSSELL, LLP**<br>Promeade II, Suite 1300<br>1230 Peachtree Street N.E.<br>Atlanta, Georgia 30309<br>Telephone: (404) 815-3500<br>Facsimile: (404) 815-3509 | James P. Walsh, Esq.<br>**DAVIS WRIGHT TREMAINE LLP**<br>505 Montgomery Street, Suite 800<br>San Francisco, California 94111-6533<br>Telephone: (415) 276-6500<br>Facsimile: (415) 276-6599 |

☒ (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business.

☐ (BY FACSIMILE) I caused the document(s) described herein to be transmitted from facsimile number (415) 397-6392 to the facsimile number(s) for each party indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 23, 2007, at San Francisco, California.

Laurie Myers

DOCS\S0117-023\536678.V1

PROOF OF SERVICE

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222