James P. Walsh, CSB No. 184620
Michelle D. Fife, CSB No. 240554
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone:  (415) 276-6500
Facsimile:    (415) 276-6599
budwalsh@dwt.com

Jack B. Albanese (Georgia Bar No. 007137) (*Pro Hac Vice*)
SMITH GAMBRELL & RUSSELL
Promenade II, Suite 3100
1230 Peachtree Street N.E.
Atlanta, GA 30309
Telephone:  (404) 815-3500
Facsimile:   (404) 815-30309
E-mail:       jalbanese@sgrlaw.com

Attorneys for Defendants
M/V AURORA and AL BOURAQ AVIATION, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK HINSHAW, | No. C-05-3927-CW |
| Plaintiff, | **STIPULATED MOTION FOR ORDER TO FILE SETTLEMENT PROCEEDS WITH COURT** |
| v. | |
| M/V AURORA and AL BOURAQ AVIATION, INC., a Delaware Corporation, | Settlement Conf: Sept. 21, 2007<br>Judge:           Hon. James Larson |
| Defendants. | CMC Date:     October 9, 2007<br>Judge:           Hon. Claudia Wilken |

Pursuant to the Court's Order Denying Plaintiff's Motion to Reject Lien for Attorneys' Fees, dated September 11, 2007, Plaintiff, JACK HINSHAW, and Defendant, AL BOURAQ AVIATION, INC. (collectively, the "parties"), have agreed in the attached Settlement and Release Agreement that Defendant will pay the settlement proceeds to the Court because of the pending attorneys' lien issue.

The parties hereby request that the Court order Defendant to file the settlement proceeds with the Court for deposit into the Court's account until the attorneys' lien issue has been resolved

1

1  by the Court.

2  IT IS SO STIPULATED.

3  DATED: September 28, 2007                    DAVIS WRIGHT TREMAINE LLP

4                                               By:      */s/ James P. Walsh*
                                                      James P. Walsh
5                                                     DAVIS WRIGHT TREMAINE LLP
6                                                     505 Montgomery Street, Suite 800
                                                      San Francisco, CA 94111
7                                                     Telephone: (415) 276-6556
                                                      Facsimile:  (415) 276-6599
8                                                     E-mail:     budwalsh@dwt.com

9                                                     Jack B. Albanese (Georgia Bar No.
                                                      007137) (*Pro Hac Vice*)
10                                                    SMITH GAMBRELL & RUSSELL
11                                                    Promenade II, Suite 3100
                                                      1230 Peachtree Street N.E.
12                                                    Atlanta, GA 30309
                                                      Telephone: (404) 815-3500
13                                                    Facsimile:  (404) 815-30309
                                                      E-mail:     jalbanese@sgrlaw.com
14

15                                                    Attorneys for Defendants M/V AURORA
                                                      and AL BOURAQ AVIATION, INC
16

17 DATED: September 28, 2007                    LONG & LEVIT LLP

18                                               By:      */s/ Kim O. Dincel*
19                                                    Kim O. Dincel
                                                      Beth Trittipo
20                                                    LONG & LEVIT LLP
                                                      465 California St
21                                                    San Francisco, CA 94104
                                                      Telephone: (415) 397-2222
22                                                    Facsimile:  (415) 397-6392
                                                      E-mail:     kdincel@longlevit.com
23
                                                      Counsel for Plaintiff JACK HINSHAW
24
    IT IS SO ORDERED.
25
              10/3/07                            _____
26  DATED: _____                          Hon. Claudia Wilken
27                                               Judge, U.S. District Court,
                                                 Northern District of California
28

                                                 2
STIPULATED MOTION FOR ORDER TO FILE
SETTLEMENT PROCEEDS WITH COURT

DAVIS WRIGHT TREMAINE LLP