James P. Walsh, CSB. No. 184620
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
E-mail: budwalsh@dwt.com

Attorneys for Defendants and Counter-Claimant
M/V AURORA and AL BOURAQ AVIATION, INC.

Kim O. Dincel, CSB. No. 131563
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392
E-mail: kdincel@longlevit.com

Attorneys for Plaintiff and Counter-Claim Defendant
JACK HINSHAW

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK HINSHAW, | No. C-05-3927-CW |
| Plaintiff, | **STIPULATED ORDER OF DISMISSAL, WITH PREJUDICE** |
| v. | |
| M/V AURORA and AL BOURAQ AVIATION, INC., a Delaware Corporation, | |
| Defendants. | |
| AND RELATED COUNTER-CLAIM | |

The parties to this action have entered into a Settlement Agreement fully resolving all issues in the case. The parties have also stipulated to the entry of this Order, dismissing all causes of action, including any counter-claim, with prejudice.

IT IS HEREBY ORDERED that this case is DISMISSED in its entirely, WITH PREJUDICE. Each party shall bear their own costs and attorneys fees.

1

STIPULATED ORDER OF DISMISSAL
Case No. C-05-3927-CW

|   |   |   |
|---|---|---|
| 1 | 12/20/07 | |
| 2 | Dated: _____ | |
| 3 | | *Claudia Wilkin* (signature) |
| 4 | | _____ |
| 5 | | HONORABLE CLAUDIA WILKIN<br>JUDGE OF THE U.S. DISTRICT COURT |
| 6 | IT IS SO STIPULATED: | |
| 7 | Dated: December 19, 2007 | |
| 8 | | LONG & LEVIT LLP |

By:   /s/ Kim Dincel
      Kim O. Dincel
      LONG & LEVIT LLP
      465 California Street, 5th Floor
      San Francisco, CA 94104
      Telephone:  (415) 397-2222
      Facsimile:  (415) 397-6392
      E-mail:     kdincel@longlevit.com

Attorneys for Plaintiff and Counter-Claim Defendant JACK HINSHAW

Dated: December 19, 2007                    DAVIS WRIGHT TREMAINE LLP

By:   /s/ James P. Walsh
      James P. Walsh (CSB No. 184620)
      DAVIS WRIGHT TREMAINE LLP
      505 Montgomery Street, Suite 800
      San Francisco, CA 94111
      Telephone:  (415) 276-6556
      Facsimile:  (415) 276-6599
      E-mail:     budwalsh@dwt.com

Attorneys for Defendant M/V AURORA and Defendant and Counter-Claimant AL BOURAQ AVIATION, INC.

DOCS\S0117-023\543259.V1

STIPULATED ORDER OF DISMISSAL
Case No. C-05-3927-CW

SFO 400651v1 0069775-000001